Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY CHIN,<br><br>　　　　　Defendant. | DOCKET NO: 6:13-mj-069-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 1 – Possession of a controlled substance (marijuana). Mr. Chin plead Guilty to Count 1 – Possession of a controlled substance, and Count 2 – Being under the influence of a controlled substance to a degree that may endanger himself or others, on August 7, 2013, with a 12 month deferred entry of judgment for Count 1, 12 months of unsupervised probation, and a $900 fine. Mr. Chin has complied with the terms of his probation.

//

Dated:  August 7, 2014              NATIONAL PARK SERVICE

        /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

### ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 1 in the above referenced matter, *United States v. Timothy Chin*, 6:13-mj-069-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 7, 2014              /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE